# United States District Court

Eastern DISTRICT OF Virginia   AUG 19 2009

CRIMINAL MINUTES

Proceedings before Magistrate: Dohnal   Dated: August 19, 2009   Tape: FTR

Magistrate's/Case No. 3:08mj678

UNITED STATES OF AMERICA

v.

James R. Sherman

- : Initial/Preliminary Hearing
- : Arraignment/Trial
- : Probation/Identity
- : Rule 5(a)/Bond Hearing
- : Sentencing
- : Other

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Officer/Agency

AUSA Sally E. Chase

Counsel Allen J. Gordon

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MINUTES: Matter came on for bench trial. Deft. WFA; Deft. arraigned and entered a plea of not guilty. Gov't motion to exclude witnesses granted. Opening statements made by counsel. Gov't adduced evidence, rested. Deft. adduced evidence, rest. Arguments heard. Findings stated from the bench. Deft. found guilty. Sentence: Count 1: $225.00 fine; $25.00 special assessment. Count 2: $40.00 fine; $10.00 special assessment.

JUDGMENT: ___

PRESENTENCE REPORT ORDERED: ___

DEFENDANT RELEASED ON BOND: ___

SENTENCE: ___

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Case Set: 2:00   Case Called: 1:56   Case Ended: 4:30   Total:

Recess: 3:00 - 3:39

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __VIRGINIA__

United States

v.

James Sherman

**EXHIBIT AND WITNESS LIST**

Case Number: 3:08MJ678

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Dohnal | ~~Gordon~~ Chase | Gordon |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| August 19, 2009 | FTR Gold | Thompson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Ms. S. Peterson, Fredericksburg Dispatcher |
| 1 ~~2~~ A | | | ~~#~~ ✓ | ✓ | Dispatch Log |
| ~~2~~ | | | | | Ranger Katie Sargeant |
| 1 | | | ✓ | ✓ | Photograph - showing sign for prohibition of weapons |
| 2 | | | ✓ | ✓ | Photograph - closeup of sign |
| 3 | | | ✓ | ✓ | Photograph - showing positioning of vehicles at the stop |
| 4 | | | ✓ | ✓ | Photograph showing position of police car from rear of vehicle |
| 5 | | | ✓ | ✓ | .38 Smith & Wesson revolver |
| 6 | | | ✓ | ✓ | Colt AR15 |
| 7 | | | ✓ | ✓ | .30 Caliber Rifle |
| 8 | | | ✓ | ✓ | 9 cal. automatic Baretta |
| 9 | | | ✓ | ✓ | 45 cal. caliber Colt semiautomatic |
| 10 | | | ✓ | ✓ | Marijuana cigarettes |
| 11 | | | ✓ | ✓ | Laboratory analysis |
| 12B | | | ✓ | ✓ | Tape of Log |
| | 2 | | ✓ | ✓ | Photograph |
| | 1 | | ✓ | ✓ | Photograph |
| | 3 | | ✓ | ✓ | Photograph |
| | 4 | | ✓ | ✓ | Photograph |
| 3 | | | | | Sgt. Michael Wooten, Spotsylvania Co. Sheriff's Office |
| 3 | | | | | Photograph |
| 4 | | | | | Photograph |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

**EXHIBIT AND WITNESS LIST**

V.

Case Number:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 |  |  |  | Michelle Angel |
|  | 2 |  |  |  | James Sherman |
|  | 1 |  |  |  | Photographs |
|  | 2 |  |  |  | Photographs |
|  | 3 |  |  |  | Photograph |
|  | 4 |  |  |  | Photographer |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages