AUG 1 9 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  **Criminal No. 3:08-mj-00678** |
| | ) |
| JAMES R. SHERMAN, | ) |
| | ) |
| Defendant. | ) |

## STIPULATIONS

The United States of America, by and through its representative, Sara E. Chase, Assistant United States Attorney for the Eastern District of Virginia, and the Defendant, JAMES R. SHERMAN, by and through his counsel, Allen Joseph Gordon, Esq., hereby stipulate that with respect to the exhibits listed on the exhibit list of the United States, the following stipulations apply:

1. Jerome L. Podorski, Jr. is a Forensic Chemist with the Drug Enforcement Administration Mid-Atlantic Laboratory and has analyzed Exhibit 10 (Laboratory Number W18206) and found it to contain marijuana, a Schedule I controlled substance, in the following amounts: 41.8 grams (gross weight), 1.6 grams (net weight), and a reserve of 1.4 grams.

2. Exhibit 11 is a copy of the certified report of laboratory analysis performed on Exhibit 10 (Laboratory Number W18206) and may be introduced into evidence without authentication and without objection on hearsay or other grounds.

These stipulations are entered into by counsel to facilitate the trial and assist the Court and the jury ~~see~~. They do not constitute an admission of wrongdoing of any kind by the Defendant.

THE UNITED STATES SO STIPULATES:

                                                   DANA J. BOENTE
                                                   UNITED STATES ATTORNEY

By:   _Sara E Chase_____
             Sara E. Chase
             Assistant United States Attorney


THE DEFENDANT SO STIPULATES:

                                                 _____
                                                 Allen Joseph Gordon
                                                 Counsel to JAMES R. SHERMAN