AO 245B (Rev. 12/03)(VAED rev. 2) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Richmond Division

AUG 19 2009

UNITED STATES OF AMERICA

V.

JAMES R. SHERMAN
Defendant.

Case Number: 3:08MJ00678-001

USM Number:

Defendant's Attorney:
Allen J. Gordon, Esq.

## JUDGMENT IN A CRIMINAL CASE

The defendant was found guilty on Count(s) 1 and 2 after a plea of not guilty.

The defendant is adjudicated guilty of these offenses.

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| Title 21, U.S.C., Sec. 844 | Possession of marijuana | Misdemeanor | 10/08/08 | 1 |
| Title 36, C.F.R., Sec. 2.4(b) | Possession of weapons w/in a National Park | Petty | 10/08/08 | 2 |

The defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

08/19/2009
Date of Imposition of Judgment

/s/
Dennis W. Dohnal
United States Magistrate Judge

Date: AUG 19 2009

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case                                                                 Page 2 of 2
    Sheet 5 - Criminal Monetary Penalties

| Case Number: | 3:08MJ00678-001 |
|---|---|
| Defendant's Name: | JAMES R. SHERMAN |

The payment of the fine and special assessment is stayed until September 18, 2009.

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $25.00 | $225.00 | $0.00 |
| 2 | $10.00 | $40.00 | $0.00 |
| **TOTALS:** | $35.00 | $265.00 | $0.00 |